**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOVAUGNY HAIRSTON,** | : | |
| | : | |
| **Petitioner,** | : | **Case No. 2:25-cv-1086** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **WARDEN CHILLI CHILLICOTHE CORRECTIONAL INSTITUTION** | : | **MAGISTRATE JUDGE LITKOVITZ** |
| | : | |
| | : | |
| **Defendant.** | : | |

**OPINION & ORDER**

On October 20, 2025, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 4), recommending that this Court dismiss Petitioner's case pursuant to Fed. R. Civ. P. 41(a)(2) due to Petitioner's October 16, 2025, Motion to Withdraw his Petition for Writ of Habeas Corpus (ECF No. 3). Petitioner requests this relief "so that he may have the opportunity to review, supplement, and properly present his claims at a later date after further legal research and exhaust of available stat remedies." (*Id.*). No objection has been filed given that the Petitioner has requested dismissal. Additionally, this Court has carefully and thoroughly reviewed the Report and Recommendation, and all other relevant documents in the record, and finds no clear error. Accordingly, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation and Petitioner's Motion to Withdraw his Petition for Writ of Habeas Corpus (ECF No. 3) is **GRANTED** . This case is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: August 10, 2026**